IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RICKY R. DOUGLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-0942-CV-W-DW |
| | ) | |
| KANSAS CITY AREA TRANSPORTATION AUTHORITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This case was filed on October 6, 2005, and Defendant was not timely served under Rule 4. After considering Douglas's response to this Court's show cause order, the Court hereby ORDERS that this case is DISMISSED WITHOUT PREJUDICE for failure of service.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: August 28, 2006